

**Oppenheim + Zebrak, LLP**

WASHINGTON – NEW YORK

Audrey Adu-Appiah
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
(202) 851-4080
aadu-appiah@oandzlaw.com

March 9, 2026

<u>**Via Email**</u>

Cloudflare, Inc.
Attn: Legal Department
101 Townsend Street
San Francisco, CA 94107
*abusedocuments@cloudflare.com*
*abuse+law@cloudflare.com*

Case: 1:26-mc-00030
Assigned To : Unassigned
Assign. Date : 3/9/2026
Description: Misc. Case

### Re: Notice of Copyright Infringements

Dear Sir or Madam:

I write to you on behalf of copyright owner McGraw Hill LLC ("McGraw Hill") concerning an urgent matter of copyright infringement in connection with Cloudflare's services that requires your immediate attention.

McGraw Hill is a leading educational publisher that owns and controls copyrights in a range of valuable textbooks and other educational materials. We have identified unauthorized McGraw Hill content being distributed in connection with Cloudflare's services via the domain solvemybook.com. This reproduction and distribution is unauthorized, plainly illegal, and severely harmful to McGraw Hill.

McGraw Hill urges you to immediately and permanently block all content that infringes on McGraw Hill's copyrights, including the specific McGraw Hill content identified herein. McGraw Hill also requests that you take appropriate action to ensure that your services do not encourage, support, or profit from the unlawful distribution of infringing copies of McGraw Hill content, including by reasonably implementing a policy regarding copyright infringement and repeat infringers. The URL https://www.solvemybook.com contains unauthorized reproductions and derivatives of McGraw Hill copyrighted works, including:

- *Testbank to Accompany Financial Accounting*, *Eleventh Edition* (U.S. Copyright Reg. No. TX0009117414)
- *Financial Accounting, Eleventh Edition* (U.S. Copyright Reg. No. TX0009111577)

We emphasize that the above is an illustrative and non-exhaustive example of the copyrighted works being infringed at https://www.solvemybook.com in connection with your platform.

**RECEIVED**



MAR 0 9 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

I have a good faith belief that the use of the works identified above is not authorized by the copyright owner, its agents, or the law, and that the information in this notice is accurate. I swear, under penalty of perjury, that I am authorized to act on behalf of McGraw Hill who is the rights owner whose exclusive rights are allegedly infringed.

We hereby give notice of these activities and demand that you take expeditious action to disable access to the material described above, thereby preventing the illegal reproduction and distribution of this content via your company's services.

This notice is not a complete statement of McGraw Hill's rights in connection with this matter, and nothing herein shall be construed as any limitation or waiver as to any of McGraw Hill's rights, claims and/or remedies that may be applicable, each of which is expressly reserved. Thank you for your attention to this matter.

Sincerely,

Audrey L. Adu-Appiah